845 A.2d 773

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Matthew SMITH, Appellee.**

Supreme Court of Pennsylvania.

Submitted Oct. 7, 2003.

Decided March 23, 2004.

Patrick Leo Meehan, Robert A. Graci, A Sheldon Kovach, for appellant.

Patrick John Connors, Media, for Matthew Smith.

Karl Baker, Philadelphia, PA, for Defender Assoc. of Philedelphia, et al., appellee amicus curiae.

Before CAPPY, C.J., CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

## *ORDER*

PER CURIAM:

**AND NOW,** this 23rd day of March, 2004, the order of the Delaware County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).